AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of NEVADA

ELISA EGUIARTE

           Plaintiff(s),

V.

GOLDEN NUGGET, LLC, ET AL

           Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-CV-02420-RFB-VCF

Notice is hereby given that, subject to approval by the court, **Elisa Eguiarte** (Party(s) Name) substitutes **John B. Shook, Esq.** (Name of New Attorney), State Bar No. **5499**, as counsel of record in place of **Andrew Ellis, Esq.** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: JOHN SHOOK
    Address: 710 S. FOURTH STREET, LAS VEGAS, NV 89101
    Telephone: 702-385-2220    Facsimile: 702-384-0394
    E-Mail (Optional): johnshook@shookandstone.com

I consent to the above substitution.
Date: 1/14/2019     *Elisa Eguiarte* (Signature of Party(s))

I consent to being substituted.
Date: 1/14/2019     *Andrew L. Ellis* (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/14/2019     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/30/19     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JAN 30 2019
CLERK US DISTRICT COURT DISTRICT OF NEVADA   DEPUTY