JOSH COLE AICKLEN
Nevada Bar No. 007254
Email: Josh.Aicklen@LewisBrisbois.com
JAMES E. MURPHY
Nevada Bar No. 8586
Email: James.Murphy@LewisBrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Defendant
GNLV, LLC IMPROPERLY
SUED HEREIN AS
"GOLDEN NUGGET, LLC"

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELISE EGUIARTE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN NUGGET, LLC, a Nevada Limited Liability Company; and DOES 1 to 25, inclusive<br><br>Defendants. | CASE NO. 2:18-cv-02420-RFB-VCF<br><br>SUBSTITUTION OF ATTORNEYS |

Defendant GNLV, LLC, improperly sued herein as GOLDEN NUGGET, LLC, hereby substitutes, Josh Cole Aicklen, Esq. and James E. Murphy, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP, as attorneys of record, in place and stead of WILLIAMSON LAW GROUP, in the above-entitled action.

_____
A representative of GNLV, LLC

///
///
///

4847-6806-5415.1

We hereby accept the above and foregoing substitution as attorneys for Defendant GNLV, LLC.

DATED this 5th day of February, 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
JAMES E. MURPHY
Nevada Bar No. 8586
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant
GNLV, LLC IMPROPERLY SUED HEREIN AS "GOLDEN NUGGET, LLC"

We hereby consent to the above substitution.

DATED this 5th day of February, 2019

WILLIAMSON LAW GROUP

By _____
CONNIE L. BENSON
1851 East 1st Street, Suite 1225
Santa Ana, California 92705
Tel. 657.229.7400

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-7-2019

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify on this 7th day of February, 2019, I did cause a true copy of **SUBSTITUTION OF ATTORNEYS** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

By /s/ Kathy Vigil
An Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP