1  JOSH COLE AICKLEN
   Nevada Bar No. 007254
2  Email: Josh.Aicklen@LewisBrisbois.com
   JAMES E. MURPHY
3  Nevada Bar No. 8586
   Email: James.Murphy@LewisBrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383 / FAX: 702.893.3789
6  Attorneys for Defendant GNLV, LLC
   IMPROPERLY SUED HEREIN AS
7  "GOLDEN NUGGET, LLC"

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 | ELISE EGUIARTE, an individual | CASE NO. 2:18-cv-02420-RFB-VCF |
11 | Plaintiff, | |
12 | vs. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
13 | GOLDEN NUGGET, LLC, a Nevada Limited Liability Company; and DOES 1 to 25, inclusive | |
14 | | |
15 | Defendants. | |

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, by and through

18 their respective counsel, that the above-entitled action by Plaintiff ELISE EQUIARTE

19 against GOLDEN NUGGET, LLC shall be dismissed with prejudice, with each of the

20 parties to bear their own costs and attorney's fees.

21     **IT FURTHER HEREBY STIPULATED** between the parties that any and all court

22 hearings before the court may be vacated.

4863-6402-4892.1

**IT IS SO STIPULATED.**

DATED this 29th day of March, 2023.                DATED this 29th day of March, 2023.

SHOOK & STONE, CHTD.                                LEWIS BIRSBOIS BISGARRD & SMITH

 /s/ John B. Shook                                   /s/James E. Murphy
JOHN B. SHOOK, ESQ.                                 JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 5499                                 Nevada Bar No. 7254
ROBERT ENGLISH, ESQ.                                JAMES E. MURPHY, ESQ.
Nevada Bar No. 3504                                 Nevada Bar No. 8586
710 South Fourth Street                             6385 South Rainbow Blvd., #600
Las Vegas, Nevada 89101                             Las Vegas, Nevada 89118

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action be, and the same are hereby, dismissed with prejudice, with each party to bear their own attorneys' fees.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
District Court Judge
3/29/2023

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ James E. Murphy
_____
JOSH COLE AICKLEN
Nevada Bar No. 7254
JAMES E. MURPHY
Nevada Bar No. 8586
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant*
*GOLDEN NUGGET, LLC*

4863-6402-4892.1

3

| | |
|---|---|
| **From:** | Kiana A. O"Day |
| **To:** | Lazo, Stephanie; John Shook |
| **Cc:** | Murphy, James; Cannella, Tamara |
| **Subject:** | [EXT] RE: Eguiarte v. Golden Nugget [ SAO to Dismiss ] LBBS: 40041-32 |
| **Date:** | Tuesday, March 28, 2023 2:54:43 PM |
| **Attachments:** | image002.png |



Yes please affix our esignature

---

**From:** Lazo, Stephanie <Stephanie.Lazo@lewisbrisbois.com>
**Sent:** Tuesday, March 28, 2023 2:42 PM
**To:** John Shook <johnshook@shookandstone.com>; Kiana A. O'Day <KO'Day@shookandstone.com>
**Cc:** Murphy, James <James.Murphy@lewisbrisbois.com>; Cannella, Tamara <Tamara.Cannella@lewisbrisbois.com>
**Subject:** FW: Eguiarte v. Golden Nugget [ SAO to Dismiss ] LBBS: 40041-32

Good afternoon:

A friendly follow up to my email below.
Thank you.
**Stephanie Lazo**
**Legal Secretary**
Stephanie.Lazo@lewisbrisbois.com

T: 702.693.4386   F: 702.893.3789

6385 S. Rainbow Blvd. Suite 600 Las Vegas, Nevada 89118   |   LewisBrisbois.com

**Representing clients from coast to coast. View our nationwide locations.**

---

**From:** Lazo, Stephanie
**Sent:** Wednesday, March 22, 2023 2:56 PM
**To:** johnshook@shookandstone.com; Kiana A. O'Day <KO'Day@shookandstone.com>
**Cc:** Murphy, James <James.Murphy@lewisbrisbois.com>; Cannella, Tamara <Tamara.Cannella@lewisbrisbois.com>
**Subject:** Eguiarte v. Golden Nugget [ SAO to Dismiss ] LBBS: 40041-32

Good afternoon,
Enclosed please find our proposed Stipulation to Dismiss for this matter.
Please advise if we may affix your e-signature and submit to the Court.
Thank you.
**Stephanie Lazo**
**Legal Secretary**
Stephanie.Lazo@lewisbrisbois.com